# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARPER, | ) 1:05-cv- 01421-OWW-TAG HC |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) RECOMMENDATION (Doc. 7) |
| | ) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| | ) |
| RODERICK HICKMAN, et al., | ) ORDER TRANSFERRING CASE TO U.S. |
| | ) DISTRICT COURT FOR CENTRAL DISTRICT |
| | ) OF CALIFORNIA |
| Respondents. | ) |
| | ) |
| _____ | ) |

On November 10, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1).

On April 3, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that, with the exception of Ground Two, which alleged insufficiency of the evidence to support the special circumstance allegation that Petitioner acted with reckless indifference to human life, all other claims be dismissed for failure to allege grounds entitling Petitioner to habeas relief. (Doc. 7). The Findings and Recommendation further recommended that the case then be transferred to the United States District Court for the Central District of California for further proceedings on Ground Two. (Id.). This Findings and

Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed April 3, 2007 (Doc. 7), is ADOPTED IN FULL;
2. With the exception of Ground Two, all other claims in the instant petition are dismissed for failure to state a claim for which habeas relief may be granted (Doc. 1); and,
3. The case is ordered to be TRANSFERRED to the United States District Court for the Central District of California for further proceedings on the remaining ground for relief.

IT IS SO ORDERED.

**Dated:   July 27, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE